UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UNITED PROSPERITY GROUP, INC. | Case No. 15-cv-05736-VC<br><br>**ORDER REQUESTING RESPONSE TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 7 |

The appellants are ordered to file a response to the motion to dismiss by March 23, 2016. If they do not file a response, the motion will be granted as unopposed. If they file a response, the court will consider the motion to dismiss on the merits.

**IT IS SO ORDERED.**

Dated: March 21, 2016

_____
VINCE CHHABRIA
United States District Judge